| | | | |
|---|---|---|---|
| Com. v. Thomas .... | 09/09/2015348 MAL (2015) | Denied | Pa.Super., 121 A.3d 1123 |
| Com. v. Wilson ..... | 08/17/2015117 EAL (2015) | Denied | Pa.Super., 120 A.3d 382 |
| Com. v. Wormley ... | 09/09/2015227 EAL (2015) | Denied | Pa.Super., 120 A.3d 1061 |
| Fox Subacute at Clara Burke v. Schneller[2] ....... | 08/04/2015254 MAL (2015) | Denied | Pa.Super., 106 A.3d 161 |
| G.C., In re; Bedford County Children and Youth Services, In re; T.C., In re; C.C., In re | 08/18/2015210– 212, 215, 262 WAL (2015) | Denied | Pa.Super., 121 A.3d 1145 |
| Gunter v. Koons .... | 08/17/2015179 MAL (2015) | Denied | Pa.Super., 120 A.3d 374 |
| J.A., In re .......... | 09/01/2015233 MAL (2015) | Denied | Pa.Super., 120 A.3d 392 |
| M.L. v. S.G. ........ | 08/17/2015510 MAL (2015) | Denied | Pa.Super., 121 A.3d 1137 |
| M.R.D. v. L.R.D. ... | 07/24/2015449 MAL (2015) | Denied | Pa.Super., 122 A.3d 443 |
| Parr v. Ford Motor Co.[3] ............. | 05/27/201546 EAL (2015) | Denied | Pa.Super., 109 A.3d 682 |
| S.L.K., In re; H.C., In re ............. | 07/24/2015368 EAL (2015) | Denied | Pa.Super., 122 A.3d 440 |

**2.** Reconsideration Denied September 8, 2015.

**3.** Reconsideration Denied July 22, 2015.